*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, LAWRENCE, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jacob F. AARON**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900117**

Decided: 29 August 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel Jeffrey V. Munoz, USMC. Sentence adjudged 31 January 2019 by a special court-martial convened at Marine Corps Base Camp Pendleton, CA, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 30 days,[1] and a bad-conduct discharge.

For Appellant: Captain Jeremiah J. Sullivan, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] The Convening Authority suspended confinement in excess of 14 days pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court